# Character Letter for Robert Smith

**ROSE ROYCE** <siroyce80@gmail.com>

Wed 3/18/2020 7:23 PM

To: Michael Weil <Michael_Weil@fd.org>;

Dear Honorable Judge Cogan

I am writing you on behalf of Robert Smith who is the father of my 17 year old daughter L▇ and 15 year old son Ci▇. I have known Robert all my life and he has always been a loving, caring, compassionate individual. Most importantly to me Robert is an exceptional co-parent. He's always active and present for parent teacher conferences for the children. As he has always stressed educational academic progress. He encourages them to try hard, stay focused, and he even studies with them. Robert attends events our daughter coordinators at school as well as basketball games our son plays in. Robert has worked construction and moving company jobs on and off Over the years to ensure he can assist with financially taking care of our children. Despite his current circumstance of incarceration he continues to make contact daily and write letters often to remain an active part in their life.

I believe Robert panicked at the thought of going back to jail and possibly being away from the kids, when he stopped reporting to probation. I believe in Robert, he has a great heart and our children mean the world to him. The children and I have had conversations with Robert and we have faith in him this time around. This year is a huge milestone year of life events in our family that we all hope and pray Robert can be present for. Our daughter will be graduating from High School a long with an Associates Degree in Liberal Arts. We are currently living in a pandemic as well and don't know what to look forward in the near future. Robert is a God fearing man and I hope and pray he is blessed with a chance to be reunited with his our children soon. Thank you for your time.

Sincerely,

Siroyce Cotto


Sent from my iPhone

# Character Letter For Robert Smith

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Tue 3/17/2020 10:35 PM

To: Michael Weil <Michael_Weil@fd.org>; siroyce80@gmail.com <siroyce80@gmail.com>;

Dear , Honorable Judge Cogan

I am writing you today on behalf of my father Robert Smith . My father is my best friend he has always been so loving , caring and compassionate. Throughout my 16 years of attending school my father has always taken the time out to make sure I am progressing academically in school . My dad always gives me positive words of encouragement. Telling me to remaining focus on my education,  establish career goals and that I will be successful in life . When my father was younger he was an exceptional basketball player whom almost drafted overseas , that inspired me to be the great basketball player I am today . The bond that my father and I have is unbreakable, there is no one in my life closer to me . It hasn't been easy not seeing my Dad daily, though with distance he ensure he calls daily and rights letters of support .  I miss my Dad being at my basketball games and doing work out drills with me . As I complete my sophomore year of high school , I look forward to his return , to be present to see my accomplishments.

Sincerely ,
C▬▬▬ Smith

From: L▮▮▮ Smith <lyr▮▮▮▮▮▮▮▮▮▮
Date: March 18, 2020 at 8:08:49 PM EDT
To: Rose Royce <siroyce80@gmail.com>
Subject: Character letter

Dear Honorable Judge Cogan

I am writing you today on behalf of my father Robert Smith .My dad is a big part of my life and he's always been since I can remember. Family is very important to me and him being away has been really hard to deal with . He's always been there for me as a strong male figure throughout my entire life and presently. My father is always there when I need him most , checking in on me , making sure I'm progressing academically in school , giving me advice , and encouraging me to do my best . He always reminds me how proud he is of my hard work and accomplishments . Telling me that I have the potential to be and have anything in the world my heart desires . Since the moment I was born he's been a great dad and did everything in his power to make a good living for us and keep my family safe . Even today with him being away he continues to be supportive by phone calls and letters , as much as he can regardless of his circumstance. This is my senior year in high school and I've worked really hard to not only make him proud but both of my parents whose support and encouragement is needed very much . It hurts to have to picture my dad not being at my graduation to see me walk across the stage and receive both my High school diploma and my associates degree . A father daughter relationship is very important to me and I really need my dad physically present back in my life . My dad is a good man and I know he didn't make the best decision by not completing his probation . I believe in my Dad and I am confident that when he is released he will make better decisions , to better all of our lives . So please if you can find it in your heart to take this into consideration and reunite a father with his children again , it would mean the world to us .

Sincerely ,

L▮▮▮ Smith

# Robert smith wife letter

jasmin climer <jasminclimer@yahoo.com>

Mon 3/16/2020 4:59 PM

To: Michael Weil <Michael_Weil@fd.org>;

To judge,

Ive been with mr smith for 2 and a half years (since july 19, 2017) and in the 2 and a half years i see that he does want to become the man his gradmother raised him to be. Robert is different and from day one i have always told him that hes such an alpha male but he has to understand that the jail life and street life has to come to an end. And i believe he understands that. Robert wants to be home with me his wife to be and his children he wants to become a better man than hes been.ever since hes been arrested hes been gettin bad headaches that led to high blood pressure)

We have such a great relationship. Robert has made a big difference in my son life. My son is 10 years old and is also autistic. My son has a problem with meeting and interacting with other people. But robert has helped my son learn to shake or give a pound to other men (which i could never get my son to do). Robert also helped my son learn to ride a bike, my son now likes football and wants to play (thanks to robert).

We (me, my son, and robert) have done alot of things together as a family. Me and robert also got engaged as of september 2019.

 Eversince Robert has been in a relationship with me i've been keepin him on his toes, out of trouble, and trying to make sure that he does what he have to do.

This (violation) was a bumb in the road for us he was doing so good ( goin to his programs, participatin, ablying by the law) until his ex girlfriend kicked him out of the residence. Robert then became afraid to go to the courts because his ex girlfriend was sayin alot of false accusations against his name. But that is over and he plans on doing right this may be gods way of givin him 1 last chance. And i believe hes goin to do right.

   Your honor i pray everynight and i hope you will take my letter into consideration and  giving robert another chance to come home and find a good job. Let him show the world and me and my son that he can be a respectable working father / stepfather.

I know for a fact me and my son and his kids who are also in his life make him a better person.

Jasmin climer

[Sent from Yahoo Mail for iPhone](#)